# JO ANNA CANZONERI MCCORMICK

**P O BOX 684**
**Pasadena  California  91102**

12 CIV. 0170

United States Federal Court
500 Pearl Street
New York  New York 10038

**PLAINTIFF:**
**JO ANNA CANZONERI MCCORMICK,AN INDIVIDUAL,ETAL;**
**JOHN DOES 1-1000**
**JANE DOES 1-1000**

# COMPLAINT
# CASE NO.
# BREACH OF A CONTRACT
# NEGLIGENCE
# DISCRIMINATION
# FRAUD
# CIVIL RIGHTS
# CONSTITUTIONAL RIGHTS

**VS**

**DEFENDANT:**

PRESIDENT BARACK OBAMA,AN INDIVIDUAL,ETAL;
UNITED STATES OF AMERICA,A BUSINESS ENTITY,ETAL;
USA,A BUSINESS ENTITY,ETAL;
US,A BUSINESS ENTITY,ETAL;
**ALABAMA,A BUSINESS ENTITY,ETAL:**
**BIRMINGHAM,A BUSINESS ENTITY,ETAL:**
**JEFFERSON,A BUSINESS ENTITY,ETAL:**
**ALASKA,A BUSINESS ENTITY,ETAL:**
**ANCHORAGE,A BUSINESS ENTITY,ETAL:**
**ANCHORAGE,A BUSINESS ENTITY,ETAL:**

RECEIVE
PRO SE OFFICE

ARIZONA,A BUSINESS ENTITY,ETAL;
PHOENIX,A BUSINESS ENTITY,ETAL;
MARICOPA,A BUSINESS ENTITY,ETAL;
ARKANSAS,A BUSINESS ENTITY,ETAL;
LITTLE ROCK,A BUSINESS ENTITY,ETAL;
PULASKI,A BUSINESS ENTITY,ETAL;
NORTHERN CALIFORNIA,A BUSINESS ENTITY,ETAL;
SOUTHERN CALIFORNIA,A BUSINESS ENTITY,ETAL;
CENTRAL CALIFORNIA,A BUSINESS ENTITY,ETAL;
CALIFORNIA,A BUSINESS ENTITY,ETAL;
ALHAMBRA,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES,A BUSINESS ENTITY,ETAL
COLORADO,A BUSINESS ENTITY,ETAL;
DENVER,A BUSINESS ENTITY,ETAL;
DENVER,A BUSINESS ENTITY,ETAL;
CONNECTICUT,A BUSINESS ENTITY,ETAL;
BRIDGEPORT,A BUSINESS ENTITY,ETAL;
FAIRFIELD,A BUSINESS ENTITY,ETAL;
DELAWARE,A BUSINESS ENTITY,ETAL;
WILMINGTON,A BUSINESS ENTITY,ETAL;
NEW CASTLE,A BUSINESS ENTITY,ETAL;
DISTRICT OF COLUMBIA,A BUSINESS ENTITY,ETAL;
FLORIDA,A BUSINESS ENTITY,ETAL;
JACKSONVILLE,A BUSINESS ENTITY,ETAL;
DUVAL,A BUSINESS ENTITY,ETAL;
GEORGIA,A BUSINESS ENTITY,ETAL;
ATLANTA,A BUSINESS ENTITY,ETAL;
FULTON,A BUSINESS ENTITY,ETAL;
HAWAII,A BUSINESS ENTITY,ETAL;
HONOLULU,A BUSINESS ENTITY,ETAL;
HONOLULU,A BUSINESS ENTITY,ETAL;
IDAHO,A BUSINESS ENTITY,ETAL;
BOISE,A BUSINESS ENTITY,ETAL;
ADA,A BUSINESS ENTITY,ETAL;
ILLINOIS,A BUSINESS ENTITY,ETAL;
CHICAGO,A BUSINESS ENTITY,ETAL;
WHEATON,A BUSINESS ENTITY,ETAL;
COOK,A BUSINESS ENTITY,ETAL;
INDIANA,A  BUSINESS ENTITY,ETAL;
INDIANAPOLIS,A BUSINESS ENTITY,ETAL;
MARION,A BUSINESS ENTITY,ETAL;
IOWA,A BUSINESS ENTITY,ETAL;
DES MOINES,A BUSINESS ENTITY,ETAL;
POLK,A BUSINESS ENTITY,ETAL;

KANSAS,A BUSINESS ENTITY,ETAL;
WICHITA,A BUSINESS ENTITY,ETAL;
SEDGWICK,A BUSINESS ENTITY,ETAL;
KENTUCKY,A BUSINESS ENTITY,ETAL;
LOUISVILLE,A BUSINESS ENTITY,ETAL;
JEFFERSON,A BUSINESS ENTITY,ETAL;
LOUISIANA,A BUSINESS ENTITY,ETAL;
NEW ORLEANS,A BUSINESS ENTITY,ETAL;
ORLEANS,A BUSINESS ENTITY,ETAL;
MAINE,A BUSINESS ENTITY,ETAL;
PORTLAND,A BUSINESS ENTITY,ETAL;
CUMBERLAND,A BUSINESS ENTITY,ETAL;
MARYLAND,A BUSINESS ENTITY,ETAL;
BALTIMORE,A BUSINESS ENTITY,ETAL;
BALTIMORE,A BUSINESS ENTITY,ETAL;
MASSACHUSETTS,A BUSINESS ENTITY,ETAL;
BOSTON,A BUSINESS ENTITY,ETAL;
BRISTOL,A BUSINESS ENTITY,ETAL;
MICHIGAN,A BUSINESS ENTITY,ETAL;
DETROIT,A BUSINESS ENTITY,ETAL;
WAYNE,A BUSINESS ENTITY,ETAL;
MINNESOTA,A BUSINESS ENTITY,ETAL;
MINNEAPOLIS,A BUSINESS ENTITY,ETAL;
HENNEPIN,A BUSINESS ENTITY,ETAL;
MISSISSIPPI,A BUSINESS ENTITY,ETAL;
JACKSON,A BUSINESS ENTITY,ETAL;
HINDS,A BUSINESS ENTITY,ETAL;
MISSOURI,A BUSINESS ENTITY,ETAL;
KANSAS CITY,A BUSINESS ENTITY,ETAL;
JACKSON,A BUSINESS ENTITY,ETAL;
MONTANA,A BUSINESS ENTITY,ETAL;
BILLINGS,A BUSINESS ENTITY,ETAL;
WELLOWSTONE,A BUSINESS ENTITY,ETAL;
NEBRASKA,A BUSINESS ENTITY,ETAL;
OMAHA,A BUSINESS ENTITY,ETAL;
DOUGLAS,A BUSINESS ENTITY,ETAL;
NEVADA,A BUSINESS ENTITY,ETAL;
LAS VEGAS,A BUSINESS ENTITY,ETAL;
CLARK,A BUSINESS ENTITY,ETAL;
NEW HAMPSHIRE,A BUSINESS ENTITY,ETAL;
MANCHESTER,A BUSINESS ENTITY,ETAL;
HILLSBOROUGH,A BUSINESS ENTITY,ETAL;
NEW JERSEY,A BUSINESS ENTITY,ETAL;
NEWARK,A BUSINESS ENTITY,ETAL;
ESSEX,A BUSINESS ENTITY,ETAL;
NEW MEXICO,A BUSINESS ENTITY,ETAL;
ALBUQUERQUE,A BUSINESS ENTITY,ETAL;
BERNALILLO,A BUSINESS ENTITY,ETAL;

NY,A BUSINESS ENTITY,ETAL;
NYC,A BUSINESS ENTITY,ETAL;
NEW YORK,A BUSINESS ENTITY,ETAL;
NEW YORK POLICE OFFICER,AN INDIVIDUAL,ETAL;
NEW YORK STATE POLICE,A BUSINESS ENTITY,ETAL;
NEW YORK STATE ATTORNEY,AN INDIVIDUAL,ETAL;
NEW YORK CHILDREN SERVICES,A BUSINESS ENTITY,ETAL;
NEW YORK STATE OFFICE  CHILDREN AND FAMILY SERVICES,A BUSINESS
ENTITY,ETAL;
NEW YORK STATE COUNCIL ON CHILDREN AND FAMILY SERVICES,A BUSINESS
ENTITY,ETAL;
NEW YORK STATE ATTORNEYS OFFICE,A BUSINESS ENTITY,ETAL;
STATE OF NEW YORK,A BUSINESS ENTITY,ETAL;
BROOKLYN,A BUSINESS ENTITY,ETAL;
KINGS,A BUSINESS ENTITY,ETAL;
NORTH CAROLINA,A BUSINESS ENTITY,ETAL;
CHARLOTTE,A BUSINESS ENTITY,ETAL;
MECKLENBURG,A BUSINESS ENTITY,ETAL;
NORTH DAKOTA,A BUSINESS ENTITY,ETAL;
FARGO,A BUSINESS ENTITY,ETAL;
CASS,A BUSINESS ENTITY,ETAL;
OHIO,A BUSINESS ENTITY,ETAL;
COLUMBUS,A BUSINESS ENTITY,ETAL;
FRANKLIN,A BUSINESS ENTITY,ETAL;
OKLAHOMA,A BUSINESS ENTITY,ETAL;
OKLAHOMA CITY,A BUSINESS ENTITY,ETAL;
OKLAHOMA,A BUSINESS ENTITY,ETAL;
OREGON,A BUSINESS ENTITY,ETAL;
PORTLAND,A BUSINESS ENTITY,ETAL;
OREGON,A BUSINESS ENTITY,ETAL;
PENNSYLVANIA,A BUSINESS ENTITY,ETAL;
PHILADELPHIA,A BUSINESS ENTITY,ETAL;
PHILADELPHIA,A BUSINESS ENTITY,ETAL;
RHODE ISLAND,A BUSINESS ENTITY,ETAL;
PROVIDENCE,A BUSINESS ENTITY,ETAL;
PROVIDENCE,A BUSINESS ENTITY,ETAL;
SOUTH CAROLINA,A BUSINESS ENTITY,ETAL;
COLUMBIA,A BUSINESS ENTITY,ETAL;
RICHLAND,A BUSINESS ENTITY,ETAL;
SOUTH DAKOTA,A BUSINESS ENTITY,ETAL;
SIOUX FALLS,A BUSINESS ENTITY,ETAL;
MINNEHAHA,A BUSINESS ENTITY,ETAL;
TENNESSEE,A BUSINESS ENTITY,ETAL;
MEMPHIS,A BUSINESS ENTITY,ETAL;
SHELBY,A BUSINESS ENTITY,ETAL;
TEXAS,A BUSINESS ENTITY,ETAL;
HOUSTON,A BUSINESS ENTITY,ETAL;
HARRIS,A BUSINESS ENTITY,ETAL;
UTAH,A BUSINESS ENTITY,ETAL;

**KING,A BUSINESS ENTITY,ETAL;**
**WASHINGTON DC,A BUSINESS ENTITY,ETAL;**
**WEST VIRGINIA,A BUSINESS ENTITY,ETAL;**
**CHARLESTON,A BUSINESS ENTITY,ETAL;**
**KANAWHA,A BUSINESS ENTITY,ETAL;**
**WISCONSIN,A BUSINESS ENTITY,ETAL;**
**MILWAUKEE,A BUSINESS ENTITY,ETAL;**
**MILWAUKEE,A BUSINESS ENTITY,ETAL;**
**WYOMING,A BUSINESS ENTITY,ETAL;**
**CHEYENNE,A BUSINESS ENTITY,ETAL;**
**LARAMIE,A BUSINESS ENTITY,ETAL;**

City of Alhambra, a business entity, etal;
County of Los Angeles, a business entity, etal;
California, a business entity, etal;
State of California, a business entity, etal;

CITY OF ALHAMBRA
ANIMAL CARE AND CONTROL,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
CITY CLERK,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
CITY COUNCIL,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
CITY HALL,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
CITY MANAGER,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
CITY ATTORNEY,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
DEVELOPMENT SERVICES,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
FINANCE DEPARTMENT,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
FIRE DEPARTMENT,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
FIRE DEPARTMENT/PARAMEDICS,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
FOR ANY ALHAMBRA CITY GOVERNMENT OFFICE NOT LISTED ABOVE,A
BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
LIBRARY,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
PUBLIC LIBRARY,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
PARKS AND RECREATION,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
PERSONNEL,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
POLICE DEPARTMENT,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
PUBLIC WORKS,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
SALE STREETS NOW,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
PUBLIC SCHOOL,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
SCHOOL,A BUSINESS ENTITY,ETAL;
CITY OF ALHAMBRA
SCHOOL-PUBLIC,A BUSINESS ENTITY,ETAL;
ALHAMBRA
ANIMAL CARE AND CONTROL,A BUSINESS ENTITY,ETAL;
ALHAMBRA
CITY CLERK,A BUSINESS ENTITY,ETAL;
ALHAMBRA
CITY COUNCIL,A BUSINESS ENTITY,ETAL;
ALHAMBRA
CITY HALL,A BUSINESS ENTITY,ETAL;
ALHAMBRA

CITY MANAGER,A BUSINESS ENTITY,ETAL;
ALHAMBRA
CITY ATTORNEY,A BUSINESS ENTITY,ETAL;
ALHAMBRA
DEVELOPMENT SERVICES,A BUSINESS ENTITY,ETAL;
ALHAMBRA
FINANCE DEPARTMENT,A BUSINESS ENTITY,ETAL;
ALHAMBRA
FIRE DEPARTMENT,A BUSINESS ENTITY,ETAL;
ALHAMBRA
FIRE DEPARTMENT/PARAMEDICS,A BUSINESS ENTITY,ETAL;
ALHAMBRA
FOR ANY ALHAMBRA CITY GOVERNMENT OFFICE NOT LISTED ABOVE,A
BUSINESS ENTITY,ETAL;
ALHAMBRA
LIBRARY,A BUSINESS ENTITY,ETAL;
ALHAMBRA
PUBLIC LIBRARY,A BUSINESS ENTITY,ETAL;
ALHAMBRA
PARKS AND RECREATION,A BUSINESS ENTITY,ETAL;
ALHAMBRA
PERSONNEL,A BUSINESS ENTITY,ETAL;
ALHAMBRA
POLICE DEPARTMENT,A BUSINESS ENTITY,ETAL;
ALHAMBRA
PUBLIC WORKS,A BUSINESS ENTITY,ETAL;
ALHAMBRA
SALE STREETS NOW,A BUSINESS ENTITY,ETAL;
ALHAMBRA
PUBLIC SCHOOL,A BUSINESS ENTITY,ETAL;
ALHAMBRA
SCHOOL,A BUSINESS ENTITY,ETAL;
ALHAMBRA
SCHOOL-PUBLIC,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
ANIMAL CARE AND CONTROL,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
CITY CLERK,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
CITY COUNCIL,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
CITY HALL,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
CITY MANAGER,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
CITY ATTORNEY,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
DEVELOPMENT SERVICES,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
FINANCE DEPARTMENT,A BUSINESS ENTITY,ETAL;
ALHAMBRA, CITY OF
FIRE DEPARTMENT,A BUSINESS ENTITY,ETAL;

COUNTY OF L.A, a business entity, etal.

COUNTY OF LOS ANGELES
ADMINISTRATIVE OFFICES,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
ADOPTIONS DEPARTMENT SEE CHILDREN AND FAMILY SERVICES
DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
AGRICULTURAL COMMISSIONER-WEIGHTS AND MEASURES,A BUSINESS
ENTITY,ETAL;
COUNTY OF LOS ANGELES
ALTERNATE PUBLIC DEFENDER,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
ANIMAL CARE AND CONTROL,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
ARBORETA AND BOTANIA GARDENS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
ARBORETA AND BOTANIA GARDENS SEE PARKS AND RECREATION
DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
ART'S COMMISSION,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
ASSESSOR,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
AUDITOR-CONTROLLER,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
BEACHES-HARBORS DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
BOARD OF SUPERVISORS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
CAO DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
CENTRAL FRAUD REPORTING LINE-24HRS(HOURS) CALL,A BUSINESS
ENTITY,ETAL;
COUNTY OF LOS ANGELES
CHILD SUPPORT SERVICES DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
CHILDREN AND FAMILIES COMMISSION FOR,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
CHILDRENS AND FAMILY SERVICES DEPARTMENT,A BUSINESS
ENTITY,ETAL;
COUNTY OF LOS ANGELES
CHILDRENS SERVICES COMMISSION,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
CHILDRENS SERVICES COMMISSION SEE CHILDREN AND FAMILIES
COMMISSION FOR,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
COLLECTIONS-DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
COLLECTIONS DEPARTMENT OF SEE TREASURES-TAX COLLECTOR,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
COMMUNITY AND SENIOR SERVICES DEPARTMENT,A BUSINESS
ENTITY,ETAL;
COUNTY OF LOS ANGELES
COMMUNITY DEVELOPMENT COMMISSION,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
CONCILIATION COURT,A BUSINESS ENTITY,ETAL;

COUNTY OF LOS ANGELES
CONSUMER AFFAIRS DEPARTMENT OF,A BUSINESS ENTITY,ETAL;


COUNTY OF LOS ANGELES
DEPARTMENT OF CONSUMER AFFAIRS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
COUNTY CLERK,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
COUNTY ENGINEER,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
DISABLITIES-COMMISSION ON,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
DISTRICT ATTORNEY,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
DOMESTIC VIOLENCE HOTLINE,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
ELDER ABUSE HOTLINE,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
FIRE DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
HARBOR PATROL,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
HAZARDOUS MATERIALS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
HEALTH SERVICES DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
HEALTH SERVICES DEPARTMENT-PUBLIC HEALTH PROGRAMS,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
HOSPITAL AND CLINICS SERVICES,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
INFORMATION-COUNTY AND GENERAL SERVICES,A BUSINESS
ENTITY,ETAL;
COUNTY OF LOS ANGELES
INFORMATION-FOR INFORMATION OR SERVICES NOT LISTED
CALL THE NEAREST COUNTY OFFICE,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
JUVENILE TRAFFIC,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
LIBRARY PUBLIC,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
LIFEGUARDS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MARINA DEL REY HARBOR,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MARSHAL,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MARSHAL SEE SHERIFF CIVIL DIVISION,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MEDI-CAL,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MEDI-CAL SEE YOUR LOCAL ASSISTANCE PAYMENT OFC(OFFICE)
UNDER PUBLIC SOCIAL SERVICES DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MENTAL HEALTH SERVICES,A BUSINESS ENTITY,ETAL;

COUNTY OF LOS ANGELES
MILITARY AND VETERANS AFFAIRS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MUNICIPAL COURTS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MUNICIPAL COURTS SEE SUPERIOR COURT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MUSEUM OF ART,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MUSEUM OF NATURAL HISTORY,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
MUSIC AND PERFORMING ARTS COMMISSION,A BUSINESS
ENTITY,ETAL;
COUNTY OF LOS ANGELES
MUSIC AND PERFORMING ARTS COMMISSION SEE ARTS
COMMISSION,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
NURSING HOME INFORMATION AND REFERRAL SERVICE-NHIRS,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
OFFICE OF EDUCATIONS-ADMIN (ADMINISTRATION) OFFICE,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
OMBUDSMAN OFFICE OF,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PARKS AND RECREATION DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PATIENTS RIGHTS OFFICE-MENTAL HEALTH DEPARTMENT OF,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
DEPARTMENT OF MENTAL HEALTH,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PATRIOTIC HALL,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PRENATAL CARE,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PROBATION DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PUBLIC DEFENDER,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PUBLIC SOCIAL SERVICES DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
PUBLIC WORKS DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
RECORDER,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
RECORDER SEE REGISTRAR-RECORDER COUNTY CLERK,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
REGIONAL PLANNING DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
REGISTRAR RECORDER COUNTY CLERK,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
REGISTRAR-RECORDER COUNTY CLERK 12400 E (EAST)  IMPERIAL
HWY (HIGHWAY) NORWALK,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES

RETIREMENT INFORMATION,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
ROAD DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SAN GABRIEL VALLEY MOSQUITO AND VECTOR CONTROL
DISTRICT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SANTATION DISTRICTS OF LOS ANGELES COUNTY,A BUSINESS
ENTITY,ETAL;
COUNTY OF LOS ANGELES
SHERIFF,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SUPERINTENDENT OF SCHOOLS,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SUPERIOR COURT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SUPERIOR COURT OF CALIFORNIA,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
SUPERIOR COURT OF CALIFORNIA-COUNTY OF LOS ANGELES,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
TAX COLLECTOR,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
TAX COLLECTOR SEE TREASURER-TAX COLLECTOR,A
BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
TREASURER-TAX COLLECTOR,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
VETERINARY PUBLIC HEALTH,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
VINE VICTIM NOTIFICATION,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
WEIGHTS AND MEASURES DEPARTMENT,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
WELFARE,A BUSINESS ENTITY,ETAL;
COUNTY OF LOS ANGELES
WELFARE SEE PUBLIC SOCIAL SERVICES DEPARTMENT,A BUSINESS
ENTITY,ETAL;
COUNTY OF LOS ANGELES
WOMEN COMMISSION FOR,A BUSINESS ENTITY,ETAL;
LOS ANGELES COUNTY
ADMINISTRATIVE OFFICES,A BUSINESS ENTITY,ETAL;
LOS ANGELES COUNTY
ADOPTIONS DEPARTMENT SEE CHILDREN AND FAMILY SERVICES
DEPARTMENT,A BUSINESS ENTITY,ETAL;
LOS ANGELES COUNTY
AGRICULTURAL COMMISSIONER-WEIGHTS AND MEASURES,A BUSINESS
ENTITY,ETAL;
LOS ANGELES COUNTY
ALTERNATE PUBLIC DEFENDER,A BUSINESS ENTITY,ETAL;
LOS ANGELES COUNTY
ANIMAL CARE AND CONTROL,A BUSINESS ENTITY,ETAL;

*State of CA, a business entity, etal;*

STATE OF CALIFORNIA
ACCOUNTANCY BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BOARD OF ACCOUNTANCY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
AIR RESOURCES BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
ALCOHOLIC BEVERAGE CONTROL DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
AREA BOARD 10,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
ASSEMBLY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
AUTOMOTIVE REPAIR BUREAU OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BUREAU OF AUTOMOTIVE REPAIR,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BARBERING AND COSMETOLOTY PROGRAM,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BEHAVIORAL SCIENCE EXAMINERS BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BOARD OF BEHAVIORAL SCIENCE EXAMINERS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BUREAU OF STATE AUDITS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CALIF (CALIFORNIA) ARCHITECTS BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
ARCHITECTS BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CALIFORNIA STATE AUDITOR,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
STATE AUDITOR,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CEMETERY-FUNERAL PROGRAMS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CHILD MOLESTER IDENTIFICATION LINE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
COMPENSATION INSURANCE FUND,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CONSERVATION DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CONSUMER AFFAIRS DEPARTMENT OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
DEPARTMENT OF CONSUMER AFFAIRS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CONTRACTORS STATE LICENSE BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
CORRECTIONS DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
COURT REPORTERS BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BOARD OF COURT REPORTERS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
DENTAL AUXILIARY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
DENTAL EXAMINERS BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BOARD OF DENTAL EXAMINERS,A BUSINESS ENTITY,ETAL;

STATE OF CALIFORNIA
DMV (DEPARTMENT OF MOTOR VEHICLES),A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
DMV (DEPARTMENT OF MOTOR VEHICLES) SEE MOTOR VEHICLES DEPARTMENT OF,A
   BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
DEPARTMENT OF MOTOR VEHICLES,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
EMPLOYMENT TRAINING PANEL,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
ENERGY COMMISSION,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
EQUALIZATION BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
BOARD OF EQUALIZATION,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
FAIR EMPLOYMENT AND HOUSING DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
FISH AND GAME DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
FISH & GAME DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
FRANCHISE TAX BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA
OFFICE OF THE GOVERNOR,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA GOVERNOR OFFICE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

GEOLOGISTS AND GEOPHYSICISTS BOARD OF REGISTRATION FOR,A BUSINESS
ENTITY,ETAL;
STATE OF CALIFORNIA

BOARD OF REGISTRATION FOR GEOLOGISTS AND GEOPHYSICISTS,A BUSINESS
ENTITY,ETAL;
STATE OF CALIFORNIA

HABEAS CORPUS RESOURCE CENTER,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

HEALTH SERVICES DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

HIGHWAY PATROL,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

HOME FURNISHINGS BUREAU OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

BUREAU OF HOME FURNISHINGS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

HOMEOWNERS AND RENTERS ASSISTANCE FOR SENIOR CITIZENS AND DISABLED AND
BLIND,A
   BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

HOMEOWNERS & RENTERS ASSISTANCE FOR SENIOR CITIZENS & DISABLED & BLIND,A
   BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

HOUSING AND COMMUNITY DEVELOPMENT DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

IF YOU ARE UNABLE TO FIND THE STATE OFFICE YOU NEED CALL,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

INDUSTRIAL RELATIONS DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

JUDICIAL PERFORMANCE COMMISSION,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

LANDSCAPE ARCHITECTS TECHNICAL COMMITTEE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

LOTTERY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

MANAGED HEALTH CARE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

MEDICAL BOARD OF CALIFORNIA,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

MEDICAL BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

MOTOR VEHICLES DEPARTMENTS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

NATIONAL GUARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

NURSES,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

OPTOMETRY BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

BOARD OF OPTOMETRY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

OSHA,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

OSHA SEE INDUSTRIAL (RELATION DEPARTMENT),A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PARKS AND RECREATION DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PHARMACY BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PHYSICAN-DOCTOR COMPLAINT HOTLINE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PODIATRIC MEDICINE BOARD OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

BOARD OF PODIATRIC MEDICINE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PROFESSIONAL ENGINEERS BOARD OF REGISTRATION FOR,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

BOARD OF REGISTRATION FOR PROFESSIONAL ENGINEERS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PSYCHOLOGY BOARD OF,A BUSINESS ENTITY, ETAL;
STATE OF CALIFORNIA

BOARD OF PSYCHOLOGY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

PUBLIC UTILITIES COMMISSION,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

REAL ESTATE DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

REAL ESTATE COMMISSION,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

REHABILITATION DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

SAN GABRIEL BASIN WATER QUALITY AUTHORITY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

BASIN WATER QUALITY AUTHORITY,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

SECURITY AND INVESTIGATIVE SERVICES,A BUSINESS ENTITY, ETAL;
STATE OF CALIFORNIA

SENATE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

STATE SENATE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

SOCIAL SERVICES DEPARTMENT,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

STATE BAR OF CALIFORNIA,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

STATE COMPENSATION INSURANCE FUND,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

STRUCTURAL PEST CONTROL BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

TAXES,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

TAXES SEE FRANCHISE TAX BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

TOXIC SUBSTANCES CONTROL DEPARTMENT OF,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

DEPARTMENT OF TOXIC SUBSTANCES CONTROL,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

TRANSPORTATION DEPARTMENT OF CALTRANS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

UNEMPLOYMENT INSURANCE APPEALS BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

VETERANS AFFAIRS,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

VETERINARY MEDICINE BOARD OF EXAMINERS IN,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

BOARD OF EXAMINERS IN VETERINARY MEDICINE,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

WATER QUALITY CONTROL BOARD-LOS ANGELES REGION,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

WATER QUALITY CONTROL BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

WORKERS COMPENSATION APPEALS BOARD,A BUSINESS ENTITY,ETAL;
STATE OF CALIFORNIA

YOUTH AUTHORITY DEPARTMENT,A BUSINESS ENTITY,ETAL;
State of California
Welfare, a business entity, etal;

JOHN DOES 1-1000, JOHN DOES COMPANYS 1-1000,
JANE DOES 1-1000, JANE DOES COMPANYS 1-1000,
JOHN DOES CORPORATIONS 1-1000,
JANE DOES CORPORATIONS 1-1000, INCLUSIVE

JURISDICTION (CHECK ALL THAT APPLY)
CASE NUMBER
XXX   ACTION IS AN UNLIMITED CIVIL CASE  (EXCEEDS $25,000)

1. PLAINTIFF  (name or names):    JO ANNA CANZONERI   MCCORMICK

   alleges causes of action against defendant (name or names) USA    City of Alhambra
   County of Los Angeles State of California
2. This pleading, including attachments and exhibits, consists of the following number of pages
   (See Attached Exhibits attached hereto and made a part hereof )
   a. Each plaintiff named above is a competent adult
      Except plaintiff (name)
      (1)    A corporation qualified to do business in
      (2)    An unincorporated entity (describe)
      (3)    Other (specify)

3. Plaintiff (name)

   a.    Has complied with the fictious business name laws and is doing business under the
         fictitious  name (specify)

   b.    Has complied with all licensing requirements as a licensed (specify)

   c.    Information about additional plaintiffs who are not competent adults is shown in Attachment 3c

4.    Each defendant named above is a natural person
XX  Except defendant (name) USA                    Except defendant (name) City of Alhambra
   (1)   A business organization, form unknown        (1)   A business organization, form unknown
   (2)   A corporation                                (2)   A corporation
   (3)   An unincorporated entity (describe)          (3)   An unincorporated entity (describe)
   (4)   A public entity (describe)                   (4)   A public entity (describe)
   (5)   Other (specify)                              (5)   Other (specify)


   Except defendant (name) County of Los Angeles  Except defendant (name) State of California
   (1)   A business organization, form unknown        (1)   A business organization, form unknown
   (2)   A corporation                                (2)   A corporation
   (3)   An unincorporated entity (describe)          (3)   An unicorporated entity (describe)
   (4)   A public entity (describe)                   (4)   A public entity (describe)
   (5)   Other (specify)                              (5)   Other (specify)
         All other states

**SHORT TITLE:**    JO ANNA CANZONERI McCormick        **CASE NUMBER**

**4. (CONTINUED)**

b.    The true names of defendants sued as Does are unknown to plaintiff,

X X  (1) **Doe Defendants** (specify DOE numbers):    were the agents or employees of the
      named defendants and acted within the scope of that agency or employment.

X X  (2) **Doe defendants** (specify DOE numbers):    are persons whose capacities are
      unknown to  Plaintiff.

c.    Information about additional defendants who are not natural persons is contained in
      Attachment

d.    Defendants who are joined under Code of Civil Procedure section  XXXX  are (names)

**5.**    Plaintiff is required to comply with a claims statute, and

X X  a.    has complied with applicable claims statutes, or

X X  b.    is excused from complying because (specify)

**6.** X  This action is subject to    Civil Code section  XXX    Civil Code section  XXX

**7.**    This court is the proper court because

  a   a defendant entered into the contract here.

X b   a defendant lived here when the contract was entered into.

X c.   a defendant lives here now

X d.   the contract was to be performed here.

X e.   a defendant is a corporation or unincorporated association and its principal place of business
       is here.

X f.   real property that is the subject of this action is located here.

  g    other (specify)

**8.**    The following causes of action are attached and the statements above apply to each (each complaint
      must have one or more causes of action attached):

XXX   **Breach of Contract**              XX    **GENERAL NEGLIGENCE**

XXX   **Other** (specify)  **FRAUD**

XXX   **INTENTIONAL TORT**

**9.**    Other allegations  (See Attached Exhibit attached hereto and made apart hereof)

**10.**    Plaintiff prays for judgement for costs of suit; for such relief as is fair, just, and equitable; and for

X X  a.    **Damages of** $  UNKNOWN AT THIS TIME

X X  b.    **Interest on the damages**  UNKNOWN AT THIS TIME
            **According to proof**  UNKNOWN AT THIS TIME
            At the rate of (specify)        percent per year from (date):

X X  c.    **Attorney fees**
            (1)    Of $  UNKNOWN AT THIS TIME
            (2)    According to proof  UNKNOWN AT THIS TIME

X X  d..   **Other** (specify) **COMPENSATORY, CONSEQUENTIAL AND PUNITIVE DAMAGES**

**11.**    The paragraphs of this pleading alleged on information and belief are as follows (specify paragraph
      numbers):

DATE  01/03/2012

JO ANNA CANZONERI McCormick            JO ANNA CANZONERI McCormick

# COUNT   ONE   (1)      BREACH  OF  CONTRACT

Plaintiff JoAnna McCormick alleges that on or about (date)

MAY 01, 2004  and at various times thereafter  written and oral

agreements was made between the PLAINTIFF AND DEFENDANTS

   A copy of the agreement  will be provided when requested or

suproed

   The essential terms of the  ORAL AND WRITEN AGREEMENTS are

stated on or about May 01, 2004 9Cm July 01, 2009

   On or about (dates)  May 01, 2004 and at various times

Thereafter the Defendants and each one of them breached the ORAL

AND WRITTEN AGREEMENTS,   Plaintiff  has performed all obligations

to defendants except those obligations plaintiff was prevented or

excused from performing.

   Plaintiff suffered damages legally (proximately) caused by

defendant's BREACH OF THE ORAL AND WRITTEN AGREEMENTS

   Plaintiff is entitled to attorney fees by an agreement or a

STATE STATUTE, STATUTE OR STATUE OF FRAUD  of  $ UNKNOWN AT THIS

TIME AND ACCORDING TO PROOF (See attached Exhibit attached hereto and made apart hereof)

# COUNT   TWO   (2)  GENERAL  NEGLIGENCE

   Plaintiff  Alleges that defendantS and each one of them

was the legal (proximate) cause of damages to plaintiff.  By the

following acts or omissions to act, defendants and each one of them

negligently caused the damage to plaintiff

   On or ABOUT MAY 01, 2004 July 01 2009 9Cm and at various times thereafter

(See attached Exhibit attached hereto and made apart hereof)

# COUNT THREE (3) INTENTIONAL TORT

Plaintiff _JoAnna McCormick_____ Alleges that defendants

and each one of them was the legal (proximate) cause of damages to

plaintiff. By the following acts or omissions to act, defendant

intentionally caused the damage to plaintiff

On (date): ON OR ABOUT MAY 01, 2004 and at various times

thereafter _(See attached Exhibit attached hereto and made a part hereof)_

# COUNT FOUR (4) FRAUD

Plaintiff _JoAnna McCormick_____ Alleges that defendants

and each one of them

On or about _~~May 01, 2004~~ July 01, 2009 JCM_ and at various timers thereafter

defrauded plaintiff as follows:

The Defendants and each one of them Intentional or Negligent

Misrepresentation of the material fact. These representations

were in fact false and not the truth

When defendants and each one of them made the representations

them knew they were false

Defendants and each one of them made the representations with

the intent to defraud and induce plaintiff to act at the time

plaintiff acted, plaintiff did not know the representations were

false and believed they were true. Plaintiff acted in justifiable

reliance upon the truth of the representations.

The Defendants and each one of them concealed or suppressed

material facts

Continue Count Four (4) FRAUD

The Defendants and each one of them  concealed or suppressed

material facts when in fact the

Defendants and each one of them  was bound to disclose.  By

telling plaintiff other facts to mislead plaintiff and prevent

plaintiff from discovering the concealed  or  suppressed facts

Defendants and each one of them  concealed or suppressed these

facts with the intent to defraud and induce plaintiff to act

At the time plaintiff acted, plaintiff was unaware of the

concealed or suppressed  facts and would not have taken the action

if plaintiff had known the facts.

A  PROMISE WITHOUT INTENT TO PERFORM  the Defendants and each

one of them

Defendants made a promise about a material matter without any

intention of performing it

Defendants and each one of them promise without any intention of

performance was made with the intent to defraud and induce

Plaintiff to rely upon it and to

At the time plaintiff acted, plaintiff was unaware of

Defendants and each one of them intention not to perform the

promise.  Plaintiff acted in justificable reliance upon the promise.

In justifiable reliance upon defendants and each one of them defendants

conduct, plaintiff was induced to act.  Because of plaintiff's reliance

upon defendants and each one of them conduct, plaintiff has been

damaged

(See attached Exhibit attached hereto and made
       apart hereof)

# SET OF FACTS

I PERSONALLY WISH  TO FILE A LAWSUIT FOR CIVIL RIGHTS,

DISCRIMINATION , **UNITED STATES CONSTITUTIONAL RIGHTS,**

**CONFIDENTAIL AGREEMENTS, PRODUCT DESCRIPTION, BILL OF SALE,**

**UNDOCUMENTED COPYRIGHTS, PATENTS AND TRADEMARKS**

**I PERSONALLY AM AN AMERICAN WHO HAS THE RIGHTS TO**

**RECEIVE  A PAY CHECK, CHECK AND OR ROYALITITES**

**ALSO I PERSONALLY WAS DEIED THE RIGHTS TO FILE A LAWSUIT**

I PERSONALLY APPROACHED COMPANIES WHO HAD A BUSINESS LICENSE

WEITHER IT WAS A BUSINESS LICENSE IN ONE STATE OR SEVERAL STATES

ALL ACROSS THE UNITED STATES OF AMERICA AND OR OTHER COUNTRIES

THESE COMPANIES EMPLOYED PEOPLE AND PAID EMPLOYEE SALARIES TO THERE

EMPLOYEES  THESE COMPANIES MAY  HAVE SOLD STOCK, STOCK CERTIFICATES  AND

OR SHARES IN THE COMPANY

THESE COMPANIES PERSONALLY DID BUSINESS CONTRACTS WITH THERE CLIENTS

AND OR CUSTOMERS

THIS COMPANY PERSONALLY DID NOT HAVE THIS PRODUCT,  PRODUCE THIS

PRODUCT,  SELL THIS PRODUCT, MANUFACTURE THIS PRODUCT DISTRITUTE THIS

PRODUCT PRIOR TO ME  INTRODUCTING THIS PRODUCT TO THE COMPANY

I PERSONALLY SENT A LETTER , CONFIDENTIAL AGREEMENT (A WRITTEN AND

BINDING AGREEMENT CONTRACT) AND PRODUCT DESCRIPTION TO SELL (BILL OF

SALE) MY PRODUCT  AFTER THE COMPANY RECEIVED THE INTRODUCTION OF MY

PRODUCT THE COMPANY THEN  REVIEWED MY PRODUCT BY REVIEWING , ANAYSIZING

AND RESEARCHING MY PRODUCT AFTER THE REVIEW, ANAYSIZED AND RESEARCH A
REVIEW OF THE PRODUCT WHAT WAS NEEDED TO PRODUCE MY PRODUCT  MY
PRODUCT MAKING AND MIXING THE INGREDIENTS BUYING OR CONTRACTING OUT TO
OTHER COMPANIES ON MISSING INGREDIENTS FOR MY PRODUCT MIXING ALL THE
INGREDIENTS WH ETHER IT WAS INGREDENTS,  PURCHASING OF INGREDIENTS BY
CONTRACTS OR MIXING THE PRODUCT WITH INGREDENTS THE COMPANY HAVING TO
CONTRACT OUT TO OTHER COMPANIES TO PURCHASE ITEMS FOR MY PRODUCT AND
OR INGREDIENTS TO PRODUCE MY PRODUCT THEN BOTTLING MY PRODUCT THEN THE
COMPANY LOOKED OVER THE BOTTLING, CONTAINERS, CANNING AND OR BOXING  OF
MY PRODUCT  MANUFACTURING A MASK  QUALITY  OF THE PRODUCT TO SELL
SELLING AND CONTRACTING MY PRODUCT TO OTHER  COMPANIES  THE COMPANY
LOOKED AT ADVERTIZING OF THE PRODUCT, DESIGNS, SIGNS  AND OR TV
COMMERCIALS FOR MY PRODUCT  THEN THE COMPANY LOOKED OVER
THE DISTRIUTION OF  MY PRODUCT THE COMPANY REVIEWED AS TO WHO WOULD BE
INTERESTED IN PURCHASING   MY PRODUCT THE COMPANY PERSONALLY EITHER
TAPED, RECORDED, DOWNLOADED,   SCREAMING FROM ONE COMPANY TO ANOTHER
COMPANY THE COMPANY THEN REVIEWED  THE MARKET AS TO CONTRACTING OUT
TO VARIOUS  COMPANIES SUCH AS LIQUIOR STORES,  DELI'S, MARKETS, GROCERY
STORES  DINNERS OR  RESTUARANTS  THEN THE COMPANY TOOK A  LOOK
AND REVIEW OF MY PRODUCT  BY ESTABLISHING THE MARKETABILIABTY OF MY
PRODUCT SELLING   THE PRODUCT ON A  OPEN MARKET (STORES)  THEN THE
COMPANY TOOK  FURTHER LOOK OVER MY PRODUCT FOR THE MARKETABILITY AS
TO WHO  CAN THEY  SELL MY PRODUCT TOO    AFTER THE COMPANY REVIEWED,
ANAYSIZED,RESEARCHED AND   MARKETABILITY MY PRODUCT   THE
COMPANY TOOK ALL THERE RESEARCH AS TO THE PRODUCTION   OF MY PRODUCT
HOW MUCH THE PRODUCT WOULD COST TO MAKE  HOW MUCH THE PRODUCT WOULD
COST TO  MAKE IN PRODUCTING  IN  QUALITY,  HOW MUCH THE COMPANY

WOULD MAKE IN PROFIT AND MONEY TO PRODUCE MY PRODUCT THE COMPANY

THEN ANAYSIZED THE COST OF MAKING OF MY PRODUCT FOR MONEY, FUNDS AND

PROFIT AFTER THE COMPANY WENT THROUGH ALL THERE REVIEWS AND REPORTS

THE COMPANY MADE A DECESSION TO PRODUCE, MANUFACTURE, MARKET

AND SELL MY PRODUCT FOR MONEY FUNDS AND PROFIT

THE COMPANY PRODUCT MY PRODUCT FOR MONEY, FUNDS AND PROFIT

THE COMPANY PERSONALLY DID NOT PAY (CHECKS AND OR PAY CHECKS)

ME FOR MY PRODUCT AFTER I PERSONALLY INTRODUCE MY PRODUCT TO THE

COMPANY THE COMPANY DID NOT PAY ME ON ROYALITIES

THE COMPANY DISCRIMINATED AGAINST ME AS TO RACE

I [PERSONALLY AM A BORN AMERICAN CITIZEN

ENTITLED TO RECEIVE CHECKS, PAYCHECKS AND ROYALITIES

I PERSONALLY FEEL MY AMERICAN CIVIL RIGHTS HAVE BEEN TAKEN

WAY FROM ME BY THE COMPANY REFUSING TO PAY ME FOR

MY PRODUCT FROM THE INTRODUCTION OF MY PRODUCT

TO THE COMPANY PRODUCING, MANUFACTURING, MARKETING AND

SELLING MY PRODUCT ON THE OPEN MARKET

I PERSONALLY SENT A COPY TO THE PRESIDENT OF THE UNITED STATES OF AMERICA

PRESIDENT BARBARKT OBAMA

PRESIDENT BARACK OBAMA PERSONALLY MET WITH EACH ONE OF THE GOVERNORS

OF EACH OF THE STATES ACROSS THE UNITED STATES OF AMERICA ABOUT THIS

A UNIVERSAL EDUCATION (UNIFORM EDUCATION)

ON OR ABOUT SEPTEMBER 01, 2009 PRESIDENT BARACK OBAMA PERSONALLY WENT

ON THE TELEVISION TO ANNOUNCE TO THE GENERAL PUBLIC THAT HE (PRESIDENT

BARACK OBAMNA PERSONALLY MET WITH EACH GOVERNOR OF EACH STATE

AND THEY CALL AGREED TO DO THE UNIVERSAL EDUCATION (UNIFORM EDUCATION)

BUT ONLY TWO (2) STATES HAD DECIDED NOT TO DO THE UNIVERSAL EDUCATION

(UNIFORM EDUCATION) ONE STATE WAS THE STATE OF TEXAS AND UNKNOWN

AS TO THE OTHER STATE NAME

PLEASE SEE THE FOLLOWING INFORMATION OF THIS WEBSITE FOR ELEMENTARY

SCHOOLS  , FOR JUNIOR HIGH SCHOOLS, FOR HIGH SCHOOLS, FOR CITY COLLEGES

AND FOR UNIVERSITIES AS FOLLOWERS:

A WEBSITE ON THE INTERNET

FIRST PAGE IS THE ELEMENTARY SCHOOL    ALSO THE FIRST PAGE CHANGES

    FROM ONE ELEMENTARY SHOOL TO ANOTHER ELEMENTARY SCHOOL

    MAKING THE WEBSITE UNIFORM AS TO UNIFORM EDUCATION

SECOND PAGE IS THE GRADES LIKE FIRST GRADE SECOND GRADE THIRD GRAD

THE CHILD GOES INTO THE GRADE LIKE THIRD GRADE

THE THIRD GRADE WEBSITE WOULD BE THE CLASSES THAT THE THIRD GRADERS

IS TAKING AT SCHOOL SUCH AS

ENGLISH ( THE ENGLISH BOOK ALL 20 CHAPTERS ARE COPIED SCANNED OR
                DOWNLOADED)

            ENGLISH CHAPTER ONE

            ENGLISH CHAPTER TWO  AND SO ON

THEN AFTER THE CHILD READS THE ENGLISH BOOK  CHAPTER  ONE THE CHILD CAN DO THE HOMEWORK ASSIGNMENT AND PRE-TEST FOR THE
CHAPTER AND THEN EMAIL THE HOMEWORK ASSIGNMENT TO THE TEACHER

**MATH**

**SCIENCE**

**ART**

**HISTORY**

**THE CHILD**

**SEE ATTACHED COPYRIGHTS PATENT (DESIGN) AND TRADEMARK**

**THIS UNIFORM EDUCATION  PERSONALLY SAVES MILLIONS OF DOLLARS**

**TO EACH STATE ON THE BOOKS FOR THE STUDENTS IN THE CLASSES**

**ONE COSTS FOR ONE SET OF BOOKS FOR EACH GRADE**

PLUS GIVES THE CHILDREN AND ADULTS WHO CNACER OR DISABLTIES  AND  WOULD

LIKE TO HAVE AN EDUCATION ON THE  WEBSITE COMPUTER

THIS ALSO INCULDES ALL LIBRARY BOOKS THAT ARE DOWNLOADED TO

ONE LIBRARY THAT SAVES THE COSTS OF THE SAME BOOK PURCHASED

FOR EACH LIBRARY  ONE BOOK DOWNLOADED ON ONE WEBSITE TO ALL LIBRARIES

THE GOVERNORS AND STATES PERSONALLY DID NOT PAY ME

I PERSONALLY FEEL THAT I HAD A RIGHT TO FILE MY STATE AND FEDERAL TAXES

I PERSONALLY AM CLAIMING THEFT (ROBBERY)

I PERSONALLY DID UNDOCUMENTED COPYRIGHTS PATENT (DESIGN THE WEBSITE)

AND TRADEMARK (SEE ATTACHED ENVELOPE AND COPYRIGHTS PATENT AND

TRADEMARK



U.S. POSTAGE
PAID
PASADENA,CA
91101
JUL 20, 09
AMOUNT
$5.54
00066800-37

USA 44
SEABISCUIT

7008 1830 0000 4815 3578

7/21

JoAnne Carlonezi
McCormick
P O Box 684 (684)
Pasadena CA 91102

Uniform Education

Certified
mail
to me
on
Copyrights
Patent
and
Tradmark
for
Uniform
Education



PO Box 68
Pasadena CA 9110

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.



**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

|  | TX | TXU |
|---|---|---|

Effective Date of Registration

Application Received

Examined By

Correspondence ☐

Deposit Received
One | Two

Fee Received

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

**1** Title of This Work:

Alternative title or title of larger work in which this work was published:

Uniform Education

**2** Name and Address of Author and Owner of the Copyright:

Nationality or domicile:
Phone, fax, and email:

JoAnna Canzoneri McCormick

Phone (626) 289-3385   Fax ( )
Email ABCCUBS@Hotmail.com

**3** Year of Creation:

2009

**4** If work has been published, Date and Nation of Publication:

a. Date _____
Month     Day     Year
*(Month, day, and year all required)*
b. Nation _____

**5** Type of Authorship in This Work:

Check all that this author created.

☒ Text (includes fiction, nonfiction, poetry, computer programs, etc.)
☐ Illustrations
☒ Photographs
☒ Compilation of terms or data

**6** Signature:

Registration cannot be completed without a signature.

*I certify that the statements made by me in this application are correct to the best of my knowledge.** Check one:

☐ Author  ☐ Authorized agent

X _____

**7** Name and Address of Person to Contact for Rights and Permissions:

Phone, fax, and email:

*OPTIONAL*

☐ Check here if same as #2 above.
JoAnna Canzoneri McCormick
342 North Atlantic Blvd Alhambra CA 91803
Phone (626) 289 3385   Fax ( )
Email ABCCUBS@Hotmail.com

**8** Certificate will be mailed in window envelope to this address:

Name ▼ JoAnna Canzoneri McCormick
Number/Street/Apt ▼ 342 North Atlantic Boulevard
City/State/Zip ▼ Alhambra California 91803

*Complete this space only if you currently hold a Deposit account in the Copyright Office.*

**9** Deposit account # _____
Name _____

DO NOT WRITE HERE   Page 1 of ___ pages

*17 USC § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX-Short   Rev: 11/2006   Print: 11/2006 — xx,000   Printed on recycled paper                                        U.S. Government Printing Office: 2006-xxx-xxx/60,x

PTO/SB/05 (02-07)
Approved for use through 02/28/2007. OMB 0651-0032
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| UTILITY PATENT APPLICATION TRANSMITTAL *(Only for new nonprovisional applications under 37 CFR 1.53(b))* | Attorney Docket No. | |
| | First Inventor | |
| | Title | |
| | Express Mail Label No. | |

| APPLICATION ELEMENTS *See MPEP chapter 600 concerning utility patent application contents.* | ADDRESS TO: | Commissioner for Patents P.O. Box 1450 Alexandria VA  22313-1450 |

**ACCOMPANYING APPLICATION PARTS**

1. ☐ Fee Transmittal Form (e.g., PTO/SB/17)
   *(Submit an original and a duplicate for fee processing)*
2. ☐ Applicant claims small entity status.
   See 37 CFR 1.27.
3. ☐ Specification                  [Total Pages_____]
   Both the claims and abstract must start on a new page
   *(For information on the preferred arrangement, see MPEP 608.01(a))*
   ☒ Drawing(s) (35 U.S.C. 113)   [Total Sheets_____]
4. ☐ Oath or Declaration           [Total Sheets_____]
   a. ☐ Newly executed (original or copy)
   b. ☐ A copy from a prior application (37 CFR 1.63(d))
      *(for continuation/divisional with Box 18 completed)*
      i. ☐ DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s)
         name in the prior application, see 37 CFR.
         1.63(d)(2) and 1.33(b).
5.
6. ☐ Application Data Sheet. See 37 CFR 1.76
7. ☒ CD-ROM or CD-R in duplicate, large table or
      Computer Program *(Appendix)*
      ☐ Landscape Table on CD
8. ☐ Nucleotide and/or Amino Acid Sequence Submission
   *(if applicable, items a. – c. are required)*
   a. ☐ Computer Readable Form (CRF)
   b. ☐ Specification Sequence Listing on:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ Paper
   c. ☐ Statements verifying identity of above copies

9. ☐ Assignment Papers (cover sheet & document(s))
   Name of Assignee_____
   _____
10. ☐ 37 CFR 3.73(b) Statement      ☐ Power of
       *(when there is an assignee)*        Attorney
11. ☐ English Translation Document *(if applicable)*
12. ☐ Information Disclosure Statement (PTO/SB/08 or PTO-1449)
       ☐ Copies of foreign patent documents,
          publications, & other information
13. ☐ Preliminary Amendment
14. ☐ Return Receipt Postcard (MPEP 503)
       *(Should be specifically itemized)*
15. ☐ Certified Copy of Priority Document(s)
       *(if foreign priority is claimed)*
16. ☐ Nonpublication Request under 35 U.S.C. 122(b)(2)(B)(i).
       Applicant must attach form PTO/SB/35 or equivalent.
17. ☐ Other: _____

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:

☐ Continuation      ☐ Divisional      ☐ Continuation-in-part (CIP)      of prior application No.: ................................

Prior application information:          Examiner _____      Art Unit: _____

**19. CORRESPONDENCE ADDRESS**

☐ The address associated with Customer Number: _____   OR   ☐ Correspondence address below

| Name | Jo Anna Canzoneri McCormick |
| Address | 342 North Atlantic Boulevard |
| City | Alhambra | State | CA | Zip Code | |
| Country | USA | Telephone | 626 289-3385 | Email | |

| Signature | Jo Anna Canzoneri McCormick | Date | June 06, 2009 |
| Name (Print/Type) | Jo Anna Canzoneri McCormick | Registration No. (Attorney/Agent) | |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

services, and asserts a claim of priority based upon a foreign application in accordance with 15 U.S.C. 1126(d), as amended.
Country of foreign filing: _____   Date of foreign filing:_____

☐  Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/
services and, accompanying this application, submits a certification or certified copy of a foreign registration in accor-
dance with 15 U.S.C. 1126(e), as amended.
Country of registration:_____   Registration number: _____

SEE EXHIBIT "1"
SEE EXHIBIT "A"
Attached hereto and made a
part Hereof

**Declaration**

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment,
or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any result-
ing registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she be-
lieves the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed
under 15 U.S.C. 105(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowl-
edge and belief no other person, firm, corporation, or association has the right to use the above

_JoAnna Canzoneri McCormk_                       _June 06, 2009_
Signature                                          Date

_JoAnna Canzoneri McCormick_                     _____
Print or Type Name and Position                   Telephone

# EXHIBIT "1"

Website
[ ]

Elementary
School
Website

Garfield
Elementary
School
Picture and
Location of School

Third Grade
English
Math
History
Art

Third Grade
English
Chapter 1
Chapter 2
Chapter 3
Chapter 4

Third Grade
English
Chapter 1
Assignments
Pre Tests
Tests

Third Grade
English
Chapter 2
Assignments
Pre tests
Tests

Third Grade
English
Chapter 2
Assignments
Pre Tests
Tests

Third Grade
English
Chapter 3
Assignments
Pre Tests
Tests

Each school with Website
One book for each grade scanned or downloads
Example      Math
            English
            Science
            History
            Art
Grade, subject English, chapter, assignment
Pre tests and Tests
Website universal and a Uniform Education

**Trademark/Sevice Mark Application, Principal Register, with Declaration**

Mark (Identify the mark) **Uniform Education**    Class No. (If known) _____

To the Assistant Secretary and Commissioner of Patents and Trademarks:

Applicant Name: **Jo Anna Canzoneri McCormick**

Applicant Address: **342 North Atlantic Boulevard**
**Alhambra CA 91803**

Applicant Entity: (Check one and supply requested information)

☒ Individual — Citizenship (Country): _____

☐ Partnership — Partnership Domicile (State and Country): _____

    Names and Citizenship (Country) of General Partners: _____

_____

☐ Corporation — State (Country, if appropriate) of Incorporation: _____

☐ Other (Specify Nature of Entity and Domicile): _____

**Goods and/or Services:**

    Applicant requests registration of the above-identified trademark/service mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et. seq., as amended.) for the following goods/services: _____ _____ _____

_____

**Basis for Application:** (Check one or more, but not both the first and second boxes, and supply requested information)

☐ Applicant is using the mark in commerce on or in connection with the above identified goods/services. (15 U.S.C. 105(a), as amended.) Three specimens showing the mark as used in commerce are submitted with this application.

• Date of first use of the mark anywhere _____

• Date of first use of the mark in commerce which the U.S. Congress may regulate:_____

• Specify the type of commerce _____
        (e.g., interstate, between the U.S. and a specified foreign country)

• Specify manner or mode of use of mark on or in connection with the goods/services _____

_____
    (e.g., trademark is applied to labels, service mark is used in advertisements)

☐ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/services. (15 U.S.C. 1051(b), as amended.)

• Specify intended manner or mode of use of mark on or in connection with the goods or services

_____
    (e.g., trademark will be applied to labels, service mark will be used in advertisements)

☐ Applicant has a bona fide intention to use the mark in commerce on or in connection with the above identified goods/

Sort by ▾

| Sort by |
| --- |
| Date |
| To |
| Subject |
| Size |
| Show only messages |
| With attachments |

Search your e

| | | | |
| --- | --- | --- | --- |
| ☐ | (Unknown) | BILL OF SALE COPYRIGHT AND PATENT | 7/18/09 |
| ☐ | (Unknown) | SENT LT TO SCOTLAND YARD POLICE | 7/16/09 |
| ☐ | (Unknown) | letter | 7/16/09 |
| ☐ | (Unknown) | LETTER WITH BANK INFORMATION | 7/14/09 |
| ☐ | (Unknown) | BARCLAYS BANK 6.8, 21.27 AND 50 | 7/13/09 |
| ☐ | (Unknown) | COOK COUNTY ILLINOIS PETITION TO REOPEN WILL | 7/13/09 |
| ☐ | (Unknown) | sent lt to the president | 7/13/09 |
| ☐ | (Unknown) | LETTER OF COMPLAINT | 7/13/09 |
| ☐ | (Unknown) | COMPLAINT AND DEMAND FOR PAYMENT FOR THE REAL ESTATE PROPERTY | 7/13/09 |
| ☐ | (Unknown) | FW: EVIDENCE , FEDERAL GRANTS AND REAL ESTATE PROPERTY | 7/13/09 |
| ☐ | (Unknown) | PRIVATE AUTOPSY | 7/11/09 |
| ☐ | (Unknown) | FW: BURIAL OF ROBERT RUTHERFORD MCCORMICK | 7/11/09 |
| ☐ | (Unknown) | FW: a copy of the death certificate of robert r mccormick | 7/11/09 |
| ☐ | (Unknown) | a copy of the death certificate of robert r mccormick | 7/11/09 |
| ☐ | (Unknown) | BURIAL OF ROBERT RUTHERFORD MCCORMICK | 7/11/09 |
| ☐ | (Unknown) | FW: STATE OF CALIFORNIA | 7/11/09 |
| ☐ | (Unknown) | CORRECTERD LOS ANGELES LAWSUIT | 7/11/09 |
| ☐ | (Unknown) | CORRECTED CITY OF ALHAMBRA LAWSUIT | 7/11/09 |
| ☐ | (Unknown) | FW: RECD LT FROM JULIAN WATSON | 7/11/09 |
| ☐ | (Unknown) | RECD LT FROM JULIAN WATSON | 7/11/09 |
| ☐ | (Unknown) | CORRECTED SUMMONS ON MCCORMICK ESTATE | 7/11/09 |
| ☐ | (Unknown) | CITY OF DETROIT CHURCH FOR SALE | 7/10/09 |
| ☐ | (Unknown) | STATE OF CALIFORNIA | 7/09/09 |
| ☐ | (Unknown) | COUNTY OF LOS ANGELES | 7/09/09 |

| | | | |
|---|---|---|---|
| ☐ | (Unknown) | CITY OF ALHAMBRA | 7/09/09 |
| ☐ | (Unknown) | FW: RECD LT FROM MARK MILTON | 7/09/09 |
| ☐ | (Unknown) | RECD LT FROM MARK MILTON | 7/09/09 |
| ☐ | (Unknown) | SENT LT TO FBI ON INTERNATIONAL COMMERCIAL BANK AND WIRE TRANSFER | 7/09/09 |
| ☐ | (Unknown) | MURDER AND FRAUD | 7/09/09 |
| ☐ | (Unknown) | SENT LT TO THE FBI | 7/07/09 |
| ☐ | (Unknown) | SENT LT TO FBI AND US HOME LAND SECURITY | 7/06/09 |
| ☐ | (Unknown) | NEW NEW LAWSUIT ON MCCORMICK | 7/06/09 |
| ☐ | (Unknown) | NEW NEW LAWSUIT ON MCCORMICK | 7/06/09 |
| ☑ | (Unknown) | NEW NEW LAWSUIT ON MCCORMICK | 7/06/09 |
| ☐ | (Unknown) | FW: 66666 new summons on lawsuit on mccormick | 7/06/09 |

2168 messages

- Page
- 1
- 2
- 3
- 4
- ...
- 62
- ◀
- ▶

Full view

Sort by ▾

| Sort by |
|---|
| Date |
| To |
| Subject |
| Size |
| Show only messages |
| With attachments |

Search your e

| | (Unknown) | QUEEN OF CANADA | 1:08 PM |
|---|---|---|---|
| | (Unknown) | SENT LT TO QUEEN ELIZABETH WINDSOR | 12:55 PM |
| | (Unknown) | STATE OF GOVERNOR | 7/19/09 |
| | (Unknown) | STATE LETTERS | 7/19/09 |
| | (Unknown) | FW: STATE OF WISCONSIN EDUCATION | 7/19/09 |
| | (Unknown) | FW: STATE OF VIRGINIA EDUCATION | 7/19/09 |
| | (Unknown) | FW: STATE OF TEXAS EDUCATION | 7/19/09 |
| | (Unknown) | @@@STATES | 7/19/09 |
| | (Unknown) | FW: STATE OF OKLAHOME EDUCATION | 7/19/09 |
| | (Unknown) | FW: STATE OF MISSOURI EDUCATION | 7/19/09 |
| | (Unknown) | FW: STATE OF OHIO EDUCATION | 7/19/09 |
| | (Unknown) | FW: STATE OF MISSOURI EDUCATION | 7/19/09 |
| | (Unknown) | FW: STATE OF NEW YORK EDUCATION | 7/19/09 |
| | (Unknown) | STATE OF EDUCATION | 7/19/09 |
| | (Unknown) | STATE OF EDUCATION | 7/19/09 |
| | (Unknown) | STATE OF EDUCATION | 7/19/09 |
| | (Unknown) | STATE OF MISSOURI EDUCATION | 7/19/09 |
| | (Unknown) | STATE OF EDUCATION | 7/19/09 |
| | (Unknown) | STATE OF LOUISANA EDUCATION | 7/19/09 |
| | (Unknown) | STATE OF EDUCATION | 7/19/09 |
| | (Unknown) | STATE OF HAWAII EDUCATION | 7/19/09 |
| | (Unknown) | STATE OF FLORIDA | 7/19/09 |
| | (Unknown) | LETTER TO THE GOVERNOR | 7/19/09 |
| | (Unknown) | STATE OF CONNECTICUT GOVERNOR | 7/19/09 |

Sort by ▾

**Sort by**
Date
To
Subject
Size
Show only messages
With attachments

Search your e

| | | |
|---|---|---|
| ☐ | vicki.newman@uspto.gov; efs@uspto.gov; ebc@uspto.gov | (No Sub |
| ☐ | fbi_claimsdepartment2009@hotmail.com; info@rockgrp.com | FW: BII |
| ☐ | info@rockgrp.com | FW: uni |
| ☐ | fbi_claimsdepartment2009@hotmail.com; info@rockgrp.com | FW: uni |
| ☐ | fbi_claimsdepartment2009@hotmail.com.com; info@rockgrp.com | COPYRI |
| ☐ | ebc@uspto.gov | FW: CO |
| ☐ | efs@uspto.gov | FW: CO |
| ☐ | vicki.newman@uspto.gov; efs@uspto.gov; ebc@uspto.gov | CORREC |
| ☐ | vicki.newman@uspto.gov; efs@uspto.gov; ebc@uspto.gov | UNIFOR |
| ☐ | efs@uspto.gov; ebc@uspto.gov; vicki.newman@uspto.gov | FW: UN |
| ☐ | abccubs@hotmail.com; bloblue@hotmail.com; blonde212@hotmail.com | marriag |
| ☐ | abccubs@hotmail.com; bloblue@hotmail.com; blonde212@hotmail.com | Sub unified e |
| ☐ | ebanking@imperialcapitalbank.com | 9II RESUME |
| ☐ | pasadena-ca@appleone.com | uni |
| ☐ | corporatecareers@forever21.com; info@greendotcorp.com | FW: SH( ini |
| ☐ | readers.repo@latimes.com; feedback@latimes.com | (No Sub I |
| ☐ | info@emn-nationalnewsopinion.com | sent to a |
| ☐ | phil.bredesen@tn.gov | FW: Sav |
| ☐ | governor@nd.gov; aralphmollis@sec.state.ri.us | (No Sub |
| ☐ | amanda.wurst@governor.ohio.gov | (No Sub |
| ☐ | governor@nd.gov | (No Sub iN |
| ☐ | governor.rell@ct.gov; secretaryofstate@dos.state.fl.us; governor.lingle@hawaii.gov; webmaster@doe.in.gov | TO THE riag TO THE ed |
| ☐ | onepagelove@gmail.com | FW: TH IMI |
| ☐ | onepagelove@gmail.com | FW: sen 2Hl |
| ☐ | actso@naacpnet.org | FW: TH t |

Sort by ▾

| Sort by |
| --- |
| Date |
| To |
| Subject |
| Size |
| Show only messages |
| With attachments |

Search your e

| | | |
| --- | --- | --- |
| ☐ | sitecanadasite@canada.gc.ca | UNIVERSAL EDUCATION ON A UNIFORM EDUCATION WEBSIT |
| ☐ | sitecanadasite@canada.gc.ca | UNIFIED EDUCATION WITH UNIFORM EDUCATION ON THE W |
| ☐ | webeditor@royal.gsx.gov.uk | FW: unified education |
| ☐ | webeditor@royal.gsx.gov.uk | HER MAJESTY QUEEN ELIZABETH WINDSOR LETTER AND DES |
| ☐ | usptoinfo@uspto.gov | UNIFORM EDUCATION I PERSONALLY DID CERTIFIED MAIL T |
| ☐ | usptoinfo@uspto.gov | FW: CORRECTED LETTER UNITED STATES PATENT AND TRAD |
| ☐ | barr.stevenwalkerchambers@live.com | SEE WHAT I DO FW: BILL OF SALE COPYRIGHT AND PATENT |
| ☐ | ben@thesixfigureprogram.com | see attached FW: STATE OF WISCONSIN EDUCATION |
| ☐ | krystalruben@yahoo.com | FW: marriage documents |
| ☐ | krystalruben@yahoo.com | FW: unified education |
| ☐ | krystalruben@yahoo.com | FW: STATE OF WISCONSIN EDUCATION |
| ☐ | phil.bredesen@tn.gov | STATE OF TENNESSEE |
| ☐ | aralphmollis@sec.state.re.us | STATE OF RHODE ISLAND |
| ☐ | governor@nd.gov | STATE OF NORTH DAKOTA |
| ☐ | tim.pawlenty@state.mn.uas | STATE OF MINNESOTA EDUCATION |
| ☐ | webmaster@doe.ion.gov | STATE OF INDIANA EDUCATION |
| ☐ | amanda.wurst@governor.ohio.gov | FW: STATE OF OHIO EDUCATION |
| ☐ | gov@hawaii.gov | FW: STATE OF HAWAII EDUCATION |
| ☐ | secretaryofstate@dos.statefl.us | STATE OF FORIDA EDUCATION |
| ☐ | governor.rell@ct.gov | STATE OF CONNECTICUT EDUCATIOMN |
| ☐ | webmaster@sos.state.tx.us; corpinfo@sos.state.tx.us | FW: STATE OF TEXAS EDUCATION |
| ☐ | sosmain@sos.mo.gov | FW: STATE OF MISSOURI EDUCATION |
| ☐ | commercial@sos.louisiana.gov | FW: STATE OF LOUISIANA EDUCATION |
| ☐ | governor.lingle@hawaii.gov; gov@hawaii.gov | FW: STATE OF HAWAII EDUCATION |
| ☐ | secretaryofstate@dos.state.fl.us | FW: STATE OF FLORIDA |

| | | |
|---|---|---|
| | webmaster@po.state.ct.us | FW: LETTER TO THE GOVERNORS FOR THE UNIFORM EDU |
| | info@servealabama.com | STATE OF ALABAMA EDUCATIONB |
| ☐ | fbi_claimsdepartment2009@hotmail.com | FW: Delivery Status Notification (Failure) |
| ☐ | olg.hotline@ed.gov | FW: unified education with uniform education |
| ☐ | info@eservices.ca.gov; olg.hotline@ed.gov | FW: unified education with uniform education |
| ☐ | info@eservices.ca.gov; olg.hotline@ed.gov | FW: BILL OF SALE COPYRIGHT AND PATENT |
| ☐ | info@eservices.ca.gov; olg.hotline@ed.gov | FW: uniform education to attorneys |
| ☐ | info@kirkland.com | BILL OF SALE UNIFORM EDUCATION |
| ☐ | info@kirkland.com | FW: unified education |
| ☐ | info@kirkland.com | FW: CORRECTED LETTER UNITED STATES PATENT AND TRAD |

1592 messages

- Page
- 1
- 2
- 3
- 4
- ...
- 46
- ◀
- ▶

Sort by ▾

**Sort by**
Date
To
Subject
Size
Show only messages
With attachments

| Search your e | 🔍 |

☐ vicki.newman@uspto.gov; efs@uspto.gov; ebc@uspto.gov    (No Su

☐ fbi_claimsdepartment2009@hotmail.com; info@rockgrp.com    FW: B

☐ info@rockgrp.com    FW: ur

☐ fbi_claimsdepartment2009@hotmail.com; info@rockgrp.com    FW: ur

☐ fbi_claimsdepartment2009@hotmail.com.com; info@rockgrp.com    COPYF

☐ ebc@uspto.gov    FW: C

☐ efs@uspto.gov    FW: C

☐ vicki.newman@uspto.gov; efs@uspto.gov; ebc@uspto.gov    CORRI

☐ vicki.newman@uspto.gov; efs@uspto.gov; ebc@uspto.gov    UNIFC

☐ efs@uspto.gov; ebc@uspto.gov; vicki.newman@uspto.gov    FW: U

☐ abccubs@hotmail.com; bloblue@hotmail.com; blonde212@hotmail.com    marria

☐ abccubs@hotmail.com; bloblue@hotmail.com; blonde212@hotmail.com    unifiec

☐ ebanking@imperialcapitalbank.com    RESUN

☐ pasadena-ca@appleone.com    FW: S

☐ corporatecareers@forever21.com; info@greendotcorp.com    (No Su

☐ readers.repo@latimes.com; feedback@latimes.com    sent to

☐ info@emn-nationalnewsopinion.com    FW: S

☐ phil.bredesen@tn.gov    (No Su

☐ governor@nd.gov; aralphmollis@sec.state.ri.us    (No Su

☐ amanda.wurst@governor.ohio.gov    (No Su

☐ governor@nd.gov    TO TH

☐ governor.rell@ct.gov; secretaryofstate@dos.state.fl.us; governor.lingle@hawaii.gov; webmaster@doe.in.gov    TO TH

☐ onepagelove@gmail.com    FW: T

☐ onepagelove@gmail.com    FW: s

☐ actso@naacpnet.org    FW: T

| ☐ | actso@naacpnet.org | FW: se |
| ☐ | mrpicwilliam@yahoo.com | i perso |
| ☐ | abccubs@hotmail.com | FW: Pl |
| ☐ | abccubs@hotmail.com | FW: U |
| ☐ | jthomas@vaco.com | (No S |
| ☐ | christophertegner@spherion.com | (No S |
| ☐ | info@cybercoders.com | FW: S |
| ☐ | smithrobertfattorney@yahoo.com | (No S |
| ☐ | pm@pm.gc.ca | FW: e |
| ☐ | pm@pm.gc.ca | FW: s |

1592 messages

- Page
- 1
- 2
- 3
- 4
- ...
- 46
- ◀
- ▶

Full view

Sort by ▾

> **Sort by**
> Date
> To
> Subject
> Size
> Show only messages
> With attachments

Search your e

| | | |
|---|---|---|
| ☐ | sitecanadasite@canada.gc.ca | UNIVERSAL EDUCATION ON A UNIFORM EDUCATION WEBSI |
| ☐ | sitecanadasite@canada.gc.ca | UNIFIED EDUCATION WITH UNIFORM EDUCATION ON THE \ |
| ☐ | webeditor@royal.gsx.gov.uk | FW: unified education |
| ☐ | webeditor@royal.gsx.gov.uk | HER MAJESTY QUEEN ELIZABETH WINDSOR LETTER AND DE |
| ☐ | usptoinfo@uspto.gov | UNIFORM EDUCATION I PERSONALLY DID CERTIFIED MAIL |
| ☐ | usptoinfo@uspto.gov | FW: CORRECTED LETTER UNITED STATES PATENT AND TRA |
| ☐ | barr.stevenwalkerchambers@live.com | SEE WHAT I DO FW: BILL OF SALE COPYRIGHT AND PATENT |
| ☐ | ben@thesixfigureprogram.com | see attached FW: STATE OF WISCONSIN EDUCATION |
| ☐ | krystalruben@yahoo.com | FW: marriage documents |
| ☐ | krystalruben@yahoo.com | FW: unified education |
| ☐ | krystalruben@yahoo.com | FW: STATE OF WISCONSIN EDUCATION |
| ☐ | phil.bredesen@tn.gov | STATE OF TENNESSEE |
| ☐ | aralphmollis@sec.state.re.us | STATE OF RHODE ISLAND |
| ☐ | governor@nd.gov | STATE OF NORTH DAKOTA |
| ☐ | tim.pawlenty@state.mn.uas | STATE OF MINNESOTA EDUCATION |
| ☐ | webmaster@doe.ion.gov | STATE OF INDIANA EDUCATION |
| ☐ | amanda.wurst@governor.ohio.gov | FW: STATE OF OHIO EDUCATION |
| ☐ | gov@hawaii.gov | FW: STATE OF HAWAII EDUCATION |
| ☐ | secretaryofstate@dos.statefl.us | STATE OF FORIDA EDUCATION |
| ☐ | governor.rell@ct.gov | STATE OF CONNECTICUT EDUCATIOMN |
| ☐ | webmaster@sos.state.tx.us; corpinfo@sos.state.tx.us | FW: STATE OF TEXAS EDUCATION |
| ☐ | sosmain@sos.mo.gov | FW: STATE OF MISSOURI EDUCATION |
| ☐ | commercial@sos.louisiana.gov | FW: STATE OF LOUISIANA EDUCATION |
| ☐ | governor.lingle@hawaii.gov; gov@hawaii.gov | FW: STATE OF HAWAII EDUCATION |
| ☐ | secretaryofstate@dos.state.fl.us | FW: STATE OF FLORIDA |

| | | |
|---|---|---|
| ☐ | webmaster@po.state.ct.us | FW: LETTER TO THE GOVERNORS FOR THE UNIFORM EDU |
| ☐ | info@servealabama.com | STATE OF ALABAMA EDUCATIONB |
| ☐ | fbi_claimsdepartment2009@hotmail.com | FW: Delivery Status Notification (Failure) |
| ☐ | olg.hotline@ed.gov | FW: unified education with uniform education |
| ☐ | info@eservices.ca.gov; olg.hotline@ed.gov | FW: unified education with uniform education |
| ☐ | info@eservices.ca.gov; olg.hotline@ed.gov | FW: BILL OF SALE COPYRIGHT AND PATENT |
| ☐ | info@eservices.ca.gov; olg.hotline@ed.gov | FW: uniform education to attorneys |
| ☐ | info@kirkland.com | BILL OF SALE UNIFORM EDUCATION |
| ☐ | info@kirkland.com | FW: unified education |
| ☐ | info@kirkland.com | FW: CORRECTED LETTER UNITED STATES PATENT AND TRA |

1592 messages

- Page
- 1
- 2
- 3
- 4
- ...
- 46
- ◄
- ►

Jo Anna Canzoneri McCornick

PLAINTIFF IN PRO PER

PLAINTIFFS: Jo Anna Canzoneri McCornick

VS

DEFENDANTS:

REQUEST FOR PRODUCTION OF
DOCUMENTS AND OTHER ITEMS

Pursuant to Code of Civil Procedure          plaintiffs

hereby requests that defendants produce for inspection and copying as follows:

Time: (UNKNOWN THEE)

Dates:

Place:

Documents: ALL DEFENDANTS COPIES OF THE ORGINIAL DOCUMENTS AS
FOLLOWERS:

a. a copy of Accounting Records
b. a copy of checks
c. a copy of contracts
d. a copy of
e. a copy of Bill of Sale to each State
f. a copy of
g. a copy of Confidential Agreement to
h. a copy of                    each State
i. a copy of
j. a copy of Copyrights Patent and Tradomark
k. a copy of
l. a copy of Copies of State Bar Association
m. a copy of records on Uniform Education
n. a copy of
   and other contacts
o. a copy of any other documents that they may have in this case

PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

JoAnna Canzoneri McCormick
PO Box 684 Pasadena CA 91102

JoAnna Canzoneri McCormick
_____
, Plaintiff
(Petitioner)

United States
Federal Court
_____
Defendant
(Respondent)

**AFFIDAVIT IN SUPPORT OF
APPLICATION FOR WAIVER
OF FILING AND SERVICE
FEES AND COSTS AND
TO PROCEED AS A POOR
PERSON**

The undersigned, being duly sworn, says:

1.  I am the plaintiff or petitioner in this case.  This
    statement is made in support of my request (a) for waiver
    of the index number fee and/or any other filing and service
    fees and costs, and (b) to proceed in this case as a poor
    person.

2.  I support myself and ____NO____ others in my
    household.

3.  My only source of income is (check one):
    [ ]  Public assistance
    [ ]  Social security/SSI
    [X]  Other  _General Relief_

The amount of income I receive each month is $ _175.00_.

Check one of the items below:
[ ]  I do not have a bank account.
[X]  I have a bank account with approximately $ _0_
in the account.

I own the following property which has an estimated value
as indicated: (IF NONE, WRITE "NONE")  unknown

| LIST PROPERTY | VALUE |
| --- | --- |
| _____ | _____ |

I have no other savings, property or assets. unknown

I am unable to pay the costs, fees and expenses necessary
to assert my rights in this case. yes

No one else who is able to pay any required costs and fees
has a beneficial interest in the results of this case. NONE

The facts of my case are described in my court papers,
which are attached. yes

I have made no prior request for this relief in this case.

WHEREFORE, I request (a) that all fees relating to the
filing and service of this action or proceeding be waived, and
that I be permitted to proceed in this case in all respects as
a poor person.

Dated  01/03/2012            _JoAnna Canzoneri McCormick_

AT-105

JoAnna Canzoneri McCormick

Tel. 718-961-5966   Email ABCCU850@Hotmail.com

In Pro Per

United States Federal Court

JoAnna Canzoneri McCormick

DEFENDANT:

APPLICATION FOR
☐ RIGHT TO ATTACH ORDER   ☒ TEMPORARY PROTECTIVE ORDER
☐ ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT
☐ ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT

☐ After Hearing   ☒ Ex Parte
Against Property of nonresident

Plaintiff (name): JoAnna Canzoneri McCormick

applies ☐ after hearing   ☐ ex parte   for
☐ a right to attach order and writ of attachment.
☐ an additional writ of attachment.
☒ a temporary protective order.
☐ an order directing the defendant to transfer to the levying officer possession of
    (1) ☐ property in defendant's possession.
    (2) ☐ documentary evidence in defendant's possession of title to property.
    (3) ☐ documentary evidence in defendant's possession of debt owed to defendant.

Defendant (name):
a. ☐ is a natural person who
    (1) ☐ resides in California.
    (2) ☐ does not reside in California.
b. ☐ is a corporation
    (1) ☐ qualified to do business in California.
    (2) ☐ not qualified to do business in California.
c. ☐ is a California partnership or other unincorporated association
d. ☐ is a foreign partnership that
    (1) ☐ has filed a designation under Corporations Code section 15800.
    (2) ☐ has not filed a designation under Corporations Code section 15800.
e. ☐ is other (specify):

Attachment is sought to secure recovery on a claim upon which attachment may issue under Code of Civil Procedure section 483.010.

Attachment is not sought for a purpose other than the recovery on a claim upon which the attachment is based.

Plaintiff has no information or belief that the claim is discharged in the prosecution of the action is stayed in a proceeding under Title 11 of the United States Code (Bankruptcy).

(Continued on reverse)

APPLICATION FOR RIGHT TO ATTACH ORDER, TEMPORARY
PROTECTIVE ORDER, ETC. (Attachment)

Plaintiff's claim or claims arise out of conduct by the defendant who is a natural person of a trade, business, or profession. The claim or claims are not based on the sale or lease of property, a license to use property, the furnishing of services, or the loan of money where any of the foregoing was used by the defendant primarily for personal, family, or household purposes.

Facts showing plaintiff is entitled to a judgment on the claim on which the attachment is based are set forth with particularity in

☐ verified complaint.
☐ attached affidavit or declaration.
☐ following facts (specify):

amount to be secured by the attachment is: $
☐ which includes estimated costs of: $
☐ which includes estimated allowable attorney fees of: $

Plaintiff is informed and believes that the following property sought to be attached for which a method of levy is provided is subject to attachment:
☒ Any property of a defendant who is not a natural person.
☒ Any property of a nonresident defendant.
☐ Property of a defendant who is a natural person that is subject to attachment under Code of Civil Procedure section 487.010 described as follows (specify):

☒ Property covered by a bulk sales notice with respect to a bulk transfer by defendant on the proceeds of the sale of such property (describe):

☐ Plaintiff's pro rata share of proceeds from an escrow in which defendant's liquor license is sold (specify license number):

☐ Plaintiff is informed and believes that the property sought to be attached is not exempt from attachment

☒ The court issued a Right to Attach Order in (date):
    (Attach a copy.)

☐ Nonresident defendant has not filed a general appearance.

13. a. Plaintiff ☒ alleges on an ex parte application for order for writ of attachment
    ☒ is informed and believes on an application for temporary protective order
    that plaintiff will suffer great or irreparable injury if the order is not issued before the matter can be heard on notice because
    (1) ☐ it may be inferred that there is a danger that the property sought to be attached will be
        (a) ☐ concealed.
        (b) ☐ substantially impaired in value.
    (2) ☐ made unavailable to levy by other than concealment or impairment in value.
        ☐ defendant has failed to pay the debt underlying the requested attachment and is insolvent as defined in Code of Civil Procedure section 485.010, subdivision (b)(2).
    (3) ☐ a bulk sales notice was recorded and published pursuant to Division 6 of the Commercial Code with respect to a bulk transfer by the defendant.
    (4) ☐ an escrow has been opened under the provisions of Business and Professions Code section 24074 with respect to the sale by the defendant.
    (5) ☐ other circumstances (specify):

    b. The statements in item 13a are established by ☐ the attached affidavit or declaration
       ☐ the following facts (specify):

14. ☐ Plaintiff requests the following relief by temporary protective order (specify):

15. Plaintiff
    a. ☐ has filed an undertaking in the amount of: $
    b. ☐ has not filed an undertaking.

    Date: 01/03/2012

    JoAnna Canzoneri McCormick
    (TYPE OR PRINT NAME)                    (SIGNATURE OF DECLARANT)

    DECLARATION

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Date:

    ▶
    (TYPE OR PRINT NAME)                    (SIGNATURE OF DECLARANT)

16. Number of pages attached: _____

APPLICATION FOR RIGHT TO ATTACH ORDER, TEMPORARY

PLD-C-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS):   , TELEPHONE: | FOR COURT USE ONLY: |
|---|---|

JoAnna Canzoneri, McCormick
P O Box 684
Pasadena California

ATTORNEY FOR (NAME): PRO SE

Insert name of court, judicial district or branch court, if any, and post office and street address:

United States Federal Court
500 Pearl Street
New York  New York 10038

PLAINTIFF: JoAnna Canzoneri McCormick

DEFENDANT: USA
City of Alhambra
County of Los Angeles  State (States) of California

### ANSWER—Contract

☒ TO COMPLAINT OF (name):

☐ TO CROSS-COMPLAINT OF (name):

CASE NUMBER:

1. This pleading, including attachments and exhibits, consists of the following number of pages: _____

2. DEFENDANT *(name):*
   answers the complaint or cross-complaint as follows:

3. Check ONLY ONE of the next two boxes:
   a. ☐  Defendant generally denies each statement of the complaint or cross-complaint. *(Do not check this box if the verified complaint or cross-complaint demands more than $1,000.)*
   b. ☐  Defendant admits that all of the statements of the complaint or cross-complaint are true EXCEPT:
      (1)  Defendant claims the following statements are false *(use paragraph numbers or explain):*

      ☐ Continued on Attachment 3.b.(1).
      (2)  Defendant has no information or belief that the following statements are true, so defendant denies them  *(use paragraph numbers or explain):*

      ☐ Continued on Attachment 3.b.(2).

      If this form is used to answer a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Form Approved for Optional Use
Judicial Council of California
PLD-C-010 [Rev. January 1, 2007]

### ANSWER—Contract

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-C-010

| SHORT TITLE: JoAnna Canzoneri McCormick | CASE NUMBER: |
|---|---|

## ANSWER—Contract

4. ☐ AFFIRMATIVE DEFENSES Defendant alleges the following additional reasons that plaintiff is not entitled to recover anything:

☐ Continued on Attachment 4.

5. ☐ Other

6. DEFENDANT PRAYS
   a. that plaintiff take nothing.
   b. ☐ for costs of suit.
   c. ☐ other (specify):

.......................................................
(Type or print name)

_____
(Signature of party or attorney)