```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JO ANNA CANZONERI McCORMICK,

                Plaintiff,

-against-

PRESIDENT BARACK OBAMA, an individual, et al.,

                Defendants.
------------------------------------------------------------X

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

12 Civ. 0170 (LAP)

LORETTA A. PRESKA, Chief United States District Judge:

On December 8, 2011, Plaintiff was barred from filing any new action *in forma pauperis* without first obtaining from the Court leave to file. See Canzoneri v. Tribune, A Bus. Entity, No. 11 Civ. 6614 (LAP) (S.D.N.Y. Dec. 8, 2011). Plaintiff files this new *pro se* case, seeks *in forma pauperis* status and has not sought leave from the Court. This action is therefore dismissed without prejudice for failure to comply with the Court's December 8, 2011 Order.

The Clerk of Court is directed to assign this matter to my docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED:

                              */s/ Loretta A. Preska*
                              LORETTA A. PRESKA
                              Chief United States District Judge

Dated: FEB 27 2012
       New York, New York

ORDER MAILED BY PRO SE OFFICE ON 2/27/12